REINDERT LAMMES, Respondent, v. WARD BROTHERS CO., INC., Appellant, and GENERAL BAKING COMPANY, Defendant.— Order modified and as modified affirmed, with ten dollars costs and disbursements to the respondent. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

STANLEY DEAN and LIZZIE DEAN, His Wife, Respondents, v. SAM SASH and THIELLE SASH, His Wife, and Others, Appellants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

PAUL KRAUZA and ANASTAZYA KRAUZA, Respondents, v. GOLDEN SEAL ASSURANCE SOCIETY, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY HANLON, Respondent, v. UNION BANK OF MEDINA, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MARY WINTER BOGERT, Appellant, v. ANNA POLANZ, Respondent.— Motion granted unless appellant shall file and serve printed papers on appeal and printed briefs on or before October 20, 1927, and shall be ready to argue the appeal on the opening day of the November term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

SEYMOUR P. WHITE, Appellant, v. JOHN J. LOVE and Others, etc., Respondents. — Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

INTERNATIONAL FUEL AND IRON CORPORATION, Respondent, v. DONNER STEEL COMPANY, INC., Appellant.— Order of reversal entered June 28, 1927, modified in accordance with stipulation filed so as to provide for reversal in part only, and for affirmance as to such provisions of the judgment as were not raised on appeal. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

J. AUGUST SCHNEIDER, Appellant, v. TOWN OF WEBSTER, COUNTY OF MONROE, GEORGE C. WRIGHT, as County Engineer, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and motion for stay denied. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.